February 13, 2009

Mr. William E. Trantham
1710 West University Dr, Suite A
Denton, TX 76201

Mr. Benny Parkey
Law Enforcement Center
127 N. Woodrow Lane
Denton, TX 76205
Ms. Amie S. Peace
Coffey, Stout & Peace, L.L.P.
513 West Oak Street
Denton, TX 76206

RE: Case Number: 08-0093
 Court of Appeals Number: 02-07-00427-CV
 Trial Court Number: 2003-60607-393

Style: IN RE GAYLE E. COPPOCK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Ms. Sherri |
| |Adelstein |